# United States District Court

| SOUTHERN | DISTRICT OF | FLORIDA |

UNITED STATES OF AMERICA
V.

ANGELO MOLLE, et al.

**96-0734 CR-NESBITT**

**WARRANT FOR ARREST**

CASE NUMBER: 91-6060-Cr-MORENO

TO: The United States Marshal
and any Authorized United States Officer

MAGISTRATE JUDGE
BANDSTRA

YOU ARE HEREBY COMMANDED to arrest _____ PATRICK CLARK _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense) Conspiracy to possess with intent to distribute a Schedule I controlled substance.

in violation of Title  21,  United States Code, Section(s)  841(a)(1), 846
                       18                                    2

FILED by _____ 30 1996
CARLOS JUENKE
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

LINNEA JOHNSON
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

Miami, Florida                    8/30/96
Date and Location

Bail fixed at $ _50,000 corp_ by _LINNEA JOHNSON_ nebbia
                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

BOND RECOMMENDATION

DEFENDANT   PATRICK CLARK

$ 50k CSB w/Nebbia        (Surety, Recognizance, Corp. Surety, Cash) (Jail)(On Bond)(Warrant) (Summons) (Marshal's Custody)

*[signature]*

CHRISTOPHER R.J. PACE
ASSISTANT UNITED STATES ATTORNEY


Last Known Address: _____

_____

What Facility: _____

Agent:   S/A FRANK LEDFORD, DEA
(FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (OTHER)