# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA
V.

96-0734 CR-NESBITT

**WARRANT FOR ARREST**

ANGELO MOLLE, et al.

CASE NUMBER: ~~91-6060-Cr-MORENO~~

TO: The United States Marshal
and any Authorized United States Officer

MAGISTRATE JUDGE
BANDSTRA

YOU ARE HEREBY COMMANDED to arrest __PATRICK CLARK__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him with (brief description of offense) Conspiracy to possess with intent to distribute a Schedule I controlled substance.

in violation of Title __21,__ United States Code, Section(s) __841(a)(1), 846__
18    2

FILED by ___ D.C.
SEP 10 1996
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

LINNEA JOHNSON
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

Miami, Florida   8/30/96
Date and Location

Bail fixed at $ __50,000 corp__ by _____
Nesbitt
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at Orlando Florida. |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/30/96 | FRANK LEDFORD | ForKCF |
| DATE OF ARREST 9/5/96 | S/A | |

#50
HA

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: PATRICK CLARK

ALIAS: Charlie

LAST KNOWN RESIDENCE: 418 Spring Knoll Lane, Altamonte Springs FL   LAST KNOWN EMPLOYMENT: Auto One, Orlando FL

PLACE OF BIRTH: Columbus, Ohio

DATE OF BIRTH: 4/18/64

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5'05"     WEIGHT: 250

SEX: Male     RACE: White

HAIR: Brown     EYES: Blue

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: Scar on left shoulder

FBI NUMBER: None

COMPLETE DESCRIPTION OF AUTO: None

INVESTIGATIVE AGENCY AND ADDRESS: DEA, 8400 NW 53rd St, Miami FL 33166   S/A F. Leoford

## BOND RECOMMENDATION

DEFENDANT  PATRICK CLARK

$ 50k CSB w/Nebbia     (Surety, Recognizance, Corp. Surety, Cash) (Jail)(On Bond)(Warrant) (Summons) (Marshal's Custody)

_____
CHRISTOPHER R.J. PACE
ASSISTANT UNITED STATES ATTORNEY

Last Known Address: _____

_____

What Facility: _____

Agent: S/A FRANK LEDFORD, DEA
(FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (OTHER)